# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re: BENTIVOLIO, KERRY L § Case No. 15-42543-TJT
§
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 23, 2015. The undersigned trustee was appointed on February 23, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $          33,500.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 10,000.00 |
| Administrative expenses | 12,756.22 |
| Bank service fees | 328.62 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 10,415.16 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/08/2015 and the deadline for filing governmental claims was 06/08/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,100.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,100.00, for a total compensation of $4,100.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $50.00, for total expenses of $50.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/13/2017         By: /s/ STUART A. GOLD
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-42543-TJT  
**Case Name:** BENTIVOLIO, KERRY L  

**Period Ending:** 07/13/17

**Trustee:** (420360) STUART A. GOLD  
**Filed (f) or Converted (c):** 02/23/15 (f)  
**§341(a) Meeting Date:** 03/19/15  
**Claims Bar Date:** 06/08/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 260 WHITE PINE TR, MILFORD, MI. 4838 SURVIVORSHI<br>Scheduled value changed per 04/11/15 amendment; Original value was 175,000.00 | 299,000.00 | 0.00 | | 0.00 | FA |
| 2 | PACKET CASH<br>See asset #32 - Global settlement with debtor | 200.00 | 0.00 | | 0.00 | FA |
| 3 | CONGRESSIONAL FEDERAL CREDIT UNION ACCOUNT 01772<br>See asset #32 - Global settlement with debtor | 100.00 | 0.00 | | 0.00 | FA |
| 4 | 100 CAPITAL YARDS THESE MAY HAVE BEEB TAKEN 100<br>See asset #32 - Global settlement with debtor | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | NORMAL HOUSHOLD GOODS FOR 4 BEDROOM RESIDENCE WI<br>* Scheduled value changed per 03/19/15 amendment; Original value was $9,750.00<br>* Scheduled value changed per 04/11/15 amendment; value was $8,250.00 | 2,975.00 | 0.00 | | 0.00 | FA |
| 6 | OFFICE EQUIPMENT: PRINTER 200 LAPTOP 300 DESKTOP | 650.00 | 0.00 | | 0.00 | FA |
| 7 | VARIOUS SCHOOL BOOKS FOR WHEN I WAS TEACHING SCH<br>Scheduled value changed per 04/11/15 amendment; Original value was $450.00 | Unknown | 0.00 | | 0.00 | FA |
| 8 | VARIOS SUITS AND WEARING APPARAL | 750.00 | 0.00 | | 0.00 | FA |
| 9 | WEDDING RING | 800.00 | 0.00 | | 0.00 | FA |
| 10 | PERSONAL CAMERA<br>See asset #32 - Global settlement with debtor | 350.00 | 0.00 | | 0.00 | FA |
| 11 | RIFLE MARLIN BOLG ACTION .22 CALIBER 8617544; RI<br>* Scheduled value changed per 4/11/15 amendment; Original value was $5,100.00<br>** See asset #32 - Global settlement with debtor | 1,980.00 | 0.00 | | 0.00 | FA |
| 12 | TERM LIFE POLICY LISTED IN ERROR. THE | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-42543-TJT  
**Case Name:** BENTIVOLIO, KERRY L

**Trustee:** (420360) STUART A. GOLD  
**Filed (f) or Converted (c):** 02/23/15 (f)  
**§341(a) Meeting Date:** 03/19/15

**Period Ending:** 07/13/17  
**Claims Bar Date:** 06/08/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| POLICY IS<br>  OWNED BY WIFE, PAID FOR BY WIFE AND THE BENEFICIARY IS THE DEBTOR HUSBAND<br>* Asset description and scheduled valued changed per 3/19/15 amendment<br>** Asset removed per 04/11/15 amendment | | | | | |
| 13   VA PENSION BENIFITS | 1,448.00 | 0.00 | | 0.00 | FA |
| 14   FEDERAL EMPLOYEE RETIREMENT - AUTOMATIC FROM<br>  Asset description changed per 04/11/15 amendment | 38,585.00 | 0.00 | | 0.00 | FA |
| 15   TEACHER RETIREMENT VESTED<br>  Asset description changed per 04/11/15 amendment | 15,000.00 | 0.00 | | 0.00 | FA |
| 16   AMERICAN FUNDS ACCOUNT 83675xxx | 13,537.00 | 0.00 | | 0.00 | FA |
| 17   THE OLD FASHION SANTA LLC<br>  * Scheduled value changed per 04/11/15 amendment; Original value was 1.00<br>**See asset #32 - Global settlement with debtor | 5,000.00 | 0.00 | | 0.00 | FA |
| 18   DBA KERRY BENTIVOLIO FOR US CONGRESS<br>  * Scheduled value changed per 04/11/15 amendment; Original value was "unknown"<br>** See asset #32 - Global settlement with debtor | 0.00 | 0.00 | | 0.00 | FA |
| 19   EXPIRED TEACHERS CERTIFICATE | 1.00 | 0.00 | | 0.00 | FA |
| 20   CARGO TRAILER IN FIELD. PICTURES AVAILABLE<br>  See asset #32 - Global settlement with debtor | 1,500.00 | 0.00 | | 0.00 | FA |
| 21   1996 4 DOOR CHEVY LEASE VEHICLE<br>  Asset removed per 04/11/15 amendment | 0.00 | 0.00 | | 0.00 | FA |
| 22   OFFICE EQUIPMENT - SEE PERSONAL PROPERTY ITEM 4<br>  Asset removed per 03/19/15 amendment | 0.00 | 0.00 | | 0.00 | FA |
| 23   BROKEN PORTABLE GENERATOR, AIR COMPRESSOR WATER<br>  See asset #32 - Global settlement with debtor | 1,500.00 | 0.00 | | 0.00 | FA |
| 24   FORD YARD TRACTOR TO CLEAR SNOW | 1,800.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-42543-TJT  
**Case Name:** BENTIVOLIO, KERRY L

**Period Ending:** 07/13/17

**Trustee:** (420360) STUART A. GOLD  
**Filed (f) or Converted (c):** 02/23/15 (f)  
**§341(a) Meeting Date:** 03/19/15  
**Claims Bar Date:** 06/08/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | See asset #32 - Global settlement with debtor | | | | | |
| 25 | VA DISABILITY PAYMENTS<br>Asset removed per 04/11/15 amendment | 0.00 | 0.00 | | 0.00 | FA |
| 26 | VA PENSION BENEFITS EXEMPT UNDER MCL 600.5451 (u)<br>Added per 03/19/15 amendment | 1,448.00 | 0.00 | | 0.00 | FA |
| 27 | SETTLEMENT FROM BENTIVOLIO FOR CONGRESS PAID 20, (u)<br>* Added per 04/11/15 amendment<br>** See asset #32 - Global settlement with debtor | 0.00 | 0.00 | | 0.00 | FA |
| 28 | 2006 CHEVY MALIBU TRADED IN POST FILING FOR 500 (u)<br>Added per 04/11/15 amendment | 500.00 | 0.00 | | 0.00 | FA |
| 29 | CHICKEN FEED ... CURRENTLY NO CHICKENS (u)<br>Added per 04/11/15 amendment | 50.00 | 0.00 | | 0.00 | FA |
| 30 | BEE HIVES.. POSSIBLY SOME LIVE BEES...MOST LOST (u)<br>Added per 04/11/15 amendment | 900.00 | 0.00 | | 0.00 | FA |
| 31 | MILITARY RETIREMENT PAY AS SGT FIRST CLASS (u)<br>Added per 04/11/15 amendment | 1,143.00 | 0.00 | | 0.00 | FA |
| 32 | GLOBAL SETTLEMENT WITH DEBTOR | 22,500.00 | 22,500.00 | | 22,500.00 | FA |
| 33 | CONGRESSIONAL FEDERAL CU PREFERENCE (u) | 11,000.00 | 11,000.00 | | 11,000.00 | FA |
| 33 | Assets Totals (Excluding unknown values) | $424,217.00 | $33,500.00 | | $33,500.00 | $0.00 |

**Major Activities Affecting Case Closing:**

07.2017 -- RECEIVED FINAL PAYMENTS; READY FOR TFR  
03.2017 -- CONTINUE TO MONITOR STRUCTURED SETTLEMENT PAYMENTS (PAYMENTS CURRENT)  
07.2016 -- MOTION TO ALLOW INTERIM DISTRIBUTION FILED  
06.2016 -- ORDER ENTERED DISALLOWING CLAIM #4  
03.2016 -- MONITOR STRUCTURED SETTLEMENT PAYMENTS (PAYMENTS CURRENT)  
09.2015 -- SETTLEMENT MOTION FILED RE: PREFERENCE ACTION

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-42543-TJT  **Trustee:** (420360) STUART A. GOLD
**Case Name:** BENTIVOLIO, KERRY L  **Filed (f) or Converted (c):** 02/23/15 (f)
  **§341(a) Meeting Date:** 03/19/15
**Period Ending:** 07/13/17  **Claims Bar Date:** 06/08/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

08.2015 -- MONITOR COLLECTION OF STRUCTURED SETTLEMENT PAYMENTS
06.2015 -- SETTLEMENT MOTION FILED
05.2015 -- INVESTIGATING DEBTOR'S FINANCIAL AFFAIRS; PURSUE NON-EXEMPT EQUITY IN PERSONAL PROPERTY

**Initial Projected Date Of Final Report (TFR):** March 1, 2017   **Current Projected Date Of Final Report (TFR):** October 1, 2017

_____
July 13, 2017
Date

/s/ STUART A. GOLD
_____
STUART A. GOLD

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-42543-TJT  
**Case Name:** BENTIVOLIO, KERRY L  

**Taxpayer ID #:** **-***0060  
**Period Ending:** 07/13/17  

**Trustee:** STUART A. GOLD (420360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9166 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/04/15 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #0; SETTLEMENT P /O 07/20/15 | 1149-000 | 12,500.00 | | 12,500.00 |
| 09/28/15 | | KERRY BENTIVOLIO | Acct #1; Payment #1, 2; SETTLEMENT P /O 07/20/15 | | 500.00 | | 13,000.00 |
| | {32} | | Acct #1; Payment #1; 250.00 SETTLEMENT P /O 07/20/15 | 1149-000 | M | | 13,000.00 |
| | {32} | | Acct #1; Payment #2; 250.00 SETTLEMENT P /O 07/20/15 | 1149-000 | M | | 13,000.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.20 | 12,986.80 |
| 10/06/15 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #3; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 13,236.80 |
| 10/20/15 | {33} | CONGRESSIONAL FEDERAL CREDIT UNION | SETTLEMENT P/O 10/14/15 | 1241-000 | 11,000.00 | | 24,236.80 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.70 | 24,213.10 |
| 11/13/15 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #4; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 24,463.10 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.80 | 24,429.30 |
| 12/04/15 | 101 | GOLD, LANGE & MAJOROS, P.C. | ATTORNEY FOR TRUSTEE FEES ($12,650.00) AND EXPENSES ($84.99) P/O 12/04/15 | | | 12,734.99 | 11,694.31 |
| | | | ATTORNEY FOR 12,650.00 TRUSTEE FEES P/O 12/04/15 | 3110-000 | M | | 11,694.31 |
| | | | ATTORNEY FOR 84.99 TRUSTEE EXPENSES P/O 12/04/15 | 3120-000 | M | | 11,694.31 |
| 12/08/15 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #5; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 11,944.31 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.26 | 11,920.05 |
| 01/11/16 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #6; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 12,170.05 |
| 01/11/16 | 102 | INSURANCE PARTNERS AGENCY, INC. | BLANKET BOND | 2300-000 | | 21.23 | 12,148.82 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.72 | 12,132.10 |
| 02/15/16 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #7; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 12,382.10 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.95 | 12,365.15 |

Subtotals: $25,250.00 $12,884.85

{} Asset reference(s)  M-Memo  V.13.30

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-42543-TJT  
**Case Name:** BENTIVOLIO, KERRY L  

**Taxpayer ID #:** **-***0060  
**Period Ending:** 07/13/17

**Trustee:** STUART A. GOLD (420360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9166 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/16 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #8; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 12,615.15 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.76 | 12,595.39 |
| 04/29/16 | | KERRY BENTIVOLIO | Acct #1; Payment #10, 9; SETTLEMENT P /O 07/20/15 | | 500.00 | | 13,095.39 |
| | {32} | | Acct #1; Payment #10; SETTLEMENT P /O 07/20/15       250.00 | 1149-000 | M | | 13,095.39 |
| | {32} | | Acct #1; Payment #9; SETTLEMENT P /O 07/20/15       250.00 | 1149-000 | M | | 13,095.39 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.46 | 13,077.93 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.13 | 13,059.80 |
| 06/13/16 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #11; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 13,309.80 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.81 | 13,288.99 |
| 07/07/16 | 103 | SHIFMAN & CARLSON | INTERIM DISTRIBUTION OF ALLOWED CLAIM 1 P/O 07/06/16; DIVIDEND PAID OF 5.53% ON ALLOWED CLAIM OF $6,165.08; REFERENCE # 9203 | 7100-000 | | 341.42 | 12,947.57 |
| 07/07/16 | 104 | DICKINSON WRIGHT PLLC | INTERIM DISTRIBUTION OF ALLOWED CLAIM 2 P/O 07/06/16; DIVIDEND PAID OF 5.53% ON ALLOWED CLAIM OF $43,410.86 | 7100-000 | | 2,404.02 | 10,543.55 |
| 07/07/16 | 105 | SOMMERS SCHWARTZ, P.C. | INTERIM DISTRIBUTION OF ALLOWED CLAIM 5 P/O 07/06/16; DIVIDEND PAID OF 5.53% ON ALLOWED CLAIM OF $120,000.00; REFERENCE # DINDOFFER | 7100-000 | | 6,645.40 | 3,898.15 |
| 07/07/16 | 106 | (WRIGHT PATMAN) CONGRESSIONAL FEDERAL CREDIT UNION | INTERIM DISTRIBUTION OF ALLOWED CLAIM 6 P/O 07/06/16; DIVIDEND PAID OF 5.53% ON ALLOWED CLAIM OF $11,000.00 | 7100-000 | | 609.16 | 3,288.99 |
| 07/11/16 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #12; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 3,538.99 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.83 | 3,525.16 |
| 08/08/16 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #13; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 3,775.16 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,765.16 |
| 09/09/16 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #14; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 4,015.16 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,005.16 |

Subtotals : $1,750.00   $10,109.99

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 15-42543-TJT  
**Case Name:** BENTIVOLIO, KERRY L  

**Taxpayer ID #:** **-***0060  
**Period Ending:** 07/13/17  

**Trustee:** STUART A. GOLD (420360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9166 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/11/16 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #15; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 4,255.16 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,245.16 |
| 11/14/16 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #16; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 4,495.16 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,485.16 |
| 12/08/16 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #17; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 4,735.16 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,725.16 |
| 01/16/17 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #18; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 4,975.16 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,965.16 |
| 02/10/17 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #19; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 5,215.16 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,205.16 |
| 03/07/17 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #20; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 5,455.16 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,445.16 |
| 04/13/17 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #21; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 5,695.16 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,685.16 |
| 05/17/17 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #22; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 5,935.16 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,925.16 |
| 06/14/17 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #23; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 6,175.16 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,165.16 |
| 07/11/17 | | KERRY BENTIVOLIO | Acct #1; Payment #24, 25; SETTLEMENT P /O 07/20/15 | | 4,250.00 | | 10,415.16 |
| | {32} | | Acct #1; Payment #24;     250.00 SETTLEMENT P /O 07/20/15 | 1149-000 | M | | 10,415.16 |
| | {32} | | Acct #1; Payment #25;   4,000.00 SETTLEMENT P /O 07/20/15 | 1149-000 | M | | 10,415.16 |

Subtotals : $6,500.00 $90.00

{} Asset reference(s)    M-Memo    Printed: 07/19/2017 09:17 PM    V.13.30

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 15-42543-TJT | | Trustee: | STUART A. GOLD (420360) |
|---|---|---|---|---|
| Case Name: | BENTIVOLIO, KERRY L | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9166 - Checking Account |
| Taxpayer ID #: | **-***0060 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 07/13/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 33,500.00 | 23,084.84 | $10,415.16 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 33,500.00 | 23,084.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$33,500.00** | **$23,084.84** | |

| | | |
|---|---|---|
| Net Receipts : | 33,500.00 | |
| Net Estate : | $33,500.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******9166 | 33,500.00 | 23,084.84 | 10,415.16 |
| | $33,500.00 | $23,084.84 | $10,415.16 |

# EXHIBIT C
# ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 8, 2015

**Case Number:** 15-42543-TJT  
**Debtor Name:** BENTIVOLIO, KERRY L

Page: 1

**Date:** July 13, 2017  
**Time:** 03:19:37 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | GOLD, LANGE & MAJOROS, P.C.<br>24901 NORTHWESTERN HWY.<br>SUITE 444<br>SOUTHFIELD, MI 48075 | Admin Ch. 7 | | $12,650.00 | $12,650.00 | 0.00 |
| 200 | GOLD, LANGE & MAJOROS, P.C.<br>24901 NORTHWESTERN HWY.<br>SUITE 444<br>SOUTHFIELD, MI 48075 | Admin Ch. 7 | | $84.99 | $84.99 | 0.00 |
| 200 | STUART A. GOLD<br>24901 NORTHWESTERN HWY<br>SUITE 444<br>SOUTHFIELD, MI 48075 | Admin Ch. 7 | | $4,100.00 | $0.00 | 4,100.00 |
| 200 | STUART A. GOLD<br>24901 NORTHWESTERN HWY<br>SUITE 444<br>SOUTHFIELD, MI 48075 | Admin Ch. 7 | | $50.00 | $0.00 | 50.00 |
| 200 | U.S. BANKRUPTCY COURT<br>211 W. FORT STREET<br>17TH FLOOR<br>DETROIT, MI 48226 | Admin Ch. 7 | | $350.00 | $0.00 | 350.00 |
| 1<br>610 | SHIFMAN & CARLSON<br>34705 W. 12 MILE ROAD<br>SUITE 160<br>FARMINGTON HILLS, MI 48331-3259 | Unsecured | 9203<br>ALLOWED | $6,165.08 | $341.42 | 5,823.66 |
| 2<br>610 | DICKINSON WRIGHT PLLC<br>C/O JAMES A. PLEMMONS<br>500 WOODWARD AVENUE, SUITE 4000<br>DETROIT, MI 48226 | Unsecured | ALLOWED | $43,410.86 | $2,404.02 | 41,006.84 |
| 3<br>610 | FORD MOTOR CREDIT COMPANY LLC<br>DEPT. 55953<br>P.O. BOX 55000<br>DETROIT, MI 48255-0953 | Unsecured | CLAIM WITHDRAWN 06/06/16 | $0.00 | $0.00 | 0.00 |
| 4<br>610 | ROBERT J. DINDOFFER<br>1157 THREE MILE DR.<br>GROSSE POINTE PARK, MI 48230 | Unsecured | CLAIM DISALLOWED P/O 06/08/16 | $0.00 | $0.00 | 0.00 |
| 5<br>610 | SOMMERS SCHWARTZ, P.C.<br>ONE TOWNE SQUARE, SUITE 1700<br>SOUTHFIELD, MI 48076 | Unsecured | DINDOFFER<br>ALLOWED | $120,000.00 | $6,645.40 | 113,354.60 |
| 6<br>610 | (WRIGHT PATMAN) CONGRESSIONAL<br>FEDERAL CREDIT UNION<br>C/O HUSTON & ANGUS, PLC<br>5529 LEE HIGHWAY<br>ARLINGTON, VA 22207 | Unsecured | ALLOWED IN THE REDUCED AMOUNT OF $11,000.00 PER 10/14/15<br>COMPROMISE ORDER | $11,000.00 | $609.16 | 10,390.84 |
| **<< Totals >>** | | | | 197,810.93 | 22,734.99 | 175,075.94 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-42543-TJT
Case Name: BENTIVOLIO, KERRY L
Trustee Name: STUART A. GOLD

| | **Balance on hand:** | | | **$** | **10,415.16** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

| | Total to be paid to secured creditors: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 10,415.16 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STUART A. GOLD | 4,100.00 | 0.00 | 4,100.00 |
| Trustee, Expenses - STUART A. GOLD | 50.00 | 0.00 | 50.00 |
| Attorney for Trustee, Fees - GOLD, LANGE & MAJOROS, P.C. | 12,650.00 | 12,650.00 | 0.00 |
| Attorney for Trustee, Expenses - GOLD, LANGE & MAJOROS, P.C. | 84.99 | 84.99 | 0.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |

| | Total to be paid for chapter 7 administration expenses: | $ | 4,500.00 |
|---|---|---|---|
| | Remaining balance: | $ | 5,915.16 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | None | | |

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 5,915.16 |

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 5,915.16 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 180,575.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | SHIFMAN & CARLSON | 6,165.08 | 341.42 | 201.94 |
| 2 | DICKINSON WRIGHT PLLC | 43,410.86 | 2,404.02 | 1,422.02 |
| 5 | SOMMERS SCHWARTZ, P.C. | 120,000.00 | 6,645.40 | 3,930.87 |
| 6 | (WRIGHT PATMAN) CONGRESSIONAL FEDERAL CREDIT UNION | 11,000.00 | 609.16 | 360.33 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 5,915.16 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for subordinated claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**