**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In the Matter of:
BENTIVOLIO, KERRY L

Case No. 15-42543
Chapter 7
Honorable THOMAS J. TUCKER

_____ Debtor(s) _____/

<u>CERTIFICATE OF DISTRIBUTION</u>

  Now comes STUART A. GOLD, trustee of the above-named estate, and hereby states the

following:

1.  That the trustee has fully administered this estate by either liquidating or abandoning all property

of the estate.

2.  That the trustee has collected $<u>33,500.00</u>, and disbursed $<u>23,084.84</u>, leaving a balance on hand

of $<u>10,415.16</u>, which funds are lodged in an account in <u>Rabobank, N.A.</u>;

3.  That, of the funds on hand, the following distribution should be made:

<u>Chapter 7 Admin. Expenses</u>

| | | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| STUART A. GOLD Allowed P/O 08/16/17 | Trustee Compensation | 4,100.00 | 100.00 | 4,100.00 |
| STUART A. GOLD Allowed P/O 08/16/17 | Trustee Expenses | 50.00 | 100.00 | 50.00 |
| U.S. BANKRUPTCY COURT | Clerk of the Court Costs (includes adversary and other filing fees) | 350.00 | 100.00 | 350.00 |
| | Subtotals: | $ 4,500.00 | | $ 4,500.00 |

Unsecured Claims - Timely

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---------|------|---------------|--------|------------------|
| 1 | SHIFMAN & CARLSON | 6,165.08 | 8.81 | 201.94 |
| 2 | DICKINSON WRIGHT PLLC | 43,410.86 | 8.81 | 1,422.02 |
| 5 | SOMMERS SCHWARTZ, P.C. | 120,000.00 | 8.81 | 3,930.87 |
| 6 | (WRIGHT PATMAN) CONGRESSIONAL FEDERAL CREDIT UNION | 11,000.00 | 8.81 | 360.33 |

Subtotals: $ 180,575.94     $ 5,915.16

Total Paid:     $ 10,415.16

 

The undersigned trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Date: August 16, 2017      /s/ STUART A. GOLD
                                      STUART A. GOLD, Trustee
                                       24901 NORTHWESTERN HWY
                                       SUITE 444
                                       SOUTHFIELD, MI 48075
                                       (248) 350-8220
                                       trusteegold@glmpc.com