# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re: BENTIVOLIO, KERRY L                    §    Case No. 15-42543-TJT
                                              §
                                              §
Debtor(s)                                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

STUART A. GOLD, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $390,717.00 *(without deducting any secured claims)* | Assets Exempt: $76,995.00 |
| Total Distribution to Claimants: $15,915.16 | Claims Discharged Without Payment: $174,660.78 |
| Total Expenses of Administration: $17,584.84 | |

3) Total gross receipts of $    33,500.00    (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $33,500.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|                                                      | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|------------------------------------------------------|------------------|-----------------|----------------|-------------|
| SECURED CLAIMS (from **Exhibit 3**)                  | $98,827.99       | $0.00           | $0.00          | $0.00       |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 17,584.84 | 17,584.84 | 17,584.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**)        | 0.00             | 0.00            | 0.00           | 0.00        |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**)         | 195,350.00       | 307,534.69      | 180,575.94     | 15,915.16   |
| **TOTAL DISBURSEMENTS**                              | $294,177.99      | $325,119.53     | $198,160.78    | $33,500.00  |

4) This case was originally filed under Chapter 7 on February 23, 2015. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/11/2017             By:  /s/STUART A. GOLD
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| GLOBAL SETTLEMENT WITH DEBTOR | 1149-000 | 22,500.00 |
| CONGRESSIONAL FEDERAL CU PREFERENCE | 1241-000 | 11,000.00 |
| **TOTAL GROSS RECEIPTS** | | $33,500.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Charter One | 4110-000 | 11,558.00 | N/A | N/A | 0.00 |
| NOTFILED | CCO Mortgage | 4110-000 | 87,269.99 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $98,827.99 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - STUART A. GOLD | 2100-000 | N/A | 4,100.00 | 4,100.00 | 4,100.00 |
| Trustee Expenses - STUART A. GOLD | 2200-000 | N/A | 50.00 | 50.00 | 50.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - U.S. | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) - GOLD, LANGE & MAJOROS, P.C. | 3110-000 | N/A | 12,650.00 | 12,650.00 | 12,650.00 |
| Attorney for Trustee Expenses (Trustee Firm) - GOLD, LANGE & MAJOROS, P.C. | 3120-000 | N/A | 84.99 | 84.99 | 84.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.20 | 13.20 | 13.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.70 | 23.70 | 23.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.80 | 33.80 | 33.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.26 | 24.26 | 24.26 |
| Other - INSURANCE PARTNERS AGENCY, INC. | 2300-000 | N/A | 21.23 | 21.23 | 21.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.72 | 16.72 | 16.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.95 | 16.95 | 16.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.76 | 19.76 | 19.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.46 | 17.46 | 17.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.13 | 18.13 | 18.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.81 | 20.81 | 20.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.83 | 13.83 | 13.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $17,584.84 | $17,584.84 | $17,584.84 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | SHIFMAN & CARLSON | 7100-000 | 11,000.00 | 6,165.08 | 6,165.08 | 543.36 |
| 2 | DICKINSON WRIGHT PLLC | 7100-000 | 43,950.00 | 43,410.86 | 43,410.86 | 3,826.04 |
| 3 | FORD MOTOR CREDIT COMPANY LLC | 7100-000 | N/A | 3,975.70 | 0.00 | 0.00 |
| 4 | ROBERT J. DINDOFFER | 7100-000 | 120,000.00 | 120,000.00 | 0.00 | 0.00 |
| 5 | SOMMERS SCHWARTZ, P.C. | 7100-000 | N/A | 120,000.00 | 120,000.00 | 10,576.27 |
| 6 | (WRIGHT PATMAN) CONGRESSIONAL FEDERAL CREDIT | 7100-000 | 10,400.00 | 13,983.05 | 11,000.00 | 969.49 |
| NOTFILED | Karen V Bentivolio | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Landlord | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $195,350.00 | $307,534.69 | $180,575.94 | $15,915.16 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 15-42543-TJT | **Trustee:** (420360) STUART A. GOLD |
| **Case Name:** BENTIVOLIO, KERRY L | **Filed (f) or Converted (c):** 02/23/15 (f) |
| | **§341(a) Meeting Date:** 03/19/15 |
| **Period Ending:** 10/11/17 | **Claims Bar Date:** 06/08/15 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 260 WHITE PINE TR, MILFORD, MI. 4838 SURVIVORSHI <br> Scheduled value changed per 04/11/15 amendment; Original value was 175,000.00 | 299,000.00 | 0.00 | | 0.00 | FA |
| 2 | PACKET CASH <br> See asset #32 - Global settlement with debtor | 200.00 | 0.00 | | 0.00 | FA |
| 3 | CONGRESSIONAL FEDERAL CREDIT UNION ACCOUNT 01772 <br> See asset #32 - Global settlement with debtor | 100.00 | 0.00 | | 0.00 | FA |
| 4 | 100 CAPITAL YARDS THESE MAY HAVE BEEB TAKEN 100 <br> See asset #32 - Global settlement with debtor | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | NORMAL HOUSHOLD GOODS FOR 4 BEDROOM RESIDENCE WI <br> * Scheduled value changed per 03/19/15 amendment; Original value was $9,750.00 <br> * Scheduled value changed per 04/11/15 amendment; value was $8,250.00 | 2,975.00 | 0.00 | | 0.00 | FA |
| 6 | OFFICE EQUIPMENT: PRINTER 200 LAPTOP 300 DESKTOP | 650.00 | 0.00 | | 0.00 | FA |
| 7 | VARIOUS SCHOOL BOOKS FOR WHEN I WAS TEACHING SCH <br> Scheduled value changed per 04/11/15 amendment; Original value was $450.00 | Unknown | 0.00 | | 0.00 | FA |
| 8 | VARIOS SUITS AND WEARING APPARAL | 750.00 | 0.00 | | 0.00 | FA |
| 9 | WEDDING RING | 800.00 | 0.00 | | 0.00 | FA |
| 10 | PERSONAL CAMERA <br> See asset #32 - Global settlement with debtor | 350.00 | 0.00 | | 0.00 | FA |
| 11 | RIFLE MARLIN BOLG ACTION .22 CALIBER 8617544; RI <br> * Scheduled value changed per 4/11/15 amendment; Original value was $5,100.00 <br> ** See asset #32 - Global settlement with debtor | 1,980.00 | 0.00 | | 0.00 | FA |
| 12 | TERM LIFE POLICY LISTED IN ERROR. THE | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 15-42543-TJT | Trustee: (420360) STUART A. GOLD |
| Case Name: BENTIVOLIO, KERRY L | Filed (f) or Converted (c): 02/23/15 (f) |
| | §341(a) Meeting Date: 03/19/15 |
| Period Ending: 10/11/17 | Claims Bar Date: 06/08/15 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | POLICY IS OWNED BY WIFE, PAID FOR BY WIFE AND THE BENEFICIARY IS THE DEBTOR HUSBAND * Asset description and scheduled valued changed per 3/19/15 amendment ** Asset removed per 04/11/15 amendment | | | | | |
| 13 | VA PENSION BENIFITS | 1,448.00 | 0.00 | | 0.00 | FA |
| 14 | FEDERAL EMPLOYEE RETIREMENT - AUTOMATIC FROM Asset description changed per 04/11/15 amendment | 38,585.00 | 0.00 | | 0.00 | FA |
| 15 | TEACHER RETIREMENT VESTED Asset description changed per 04/11/15 amendment | 15,000.00 | 0.00 | | 0.00 | FA |
| 16 | AMERICAN FUNDS ACCOUNT 83675xxx | 13,537.00 | 0.00 | | 0.00 | FA |
| 17 | THE OLD FASHION SANTA LLC * Scheduled value changed per 04/11/15 amendment; Original value was 1.00 **See asset #32 - Global settlement with debtor | 5,000.00 | 0.00 | | 0.00 | FA |
| 18 | DBA KERRY BENTIVOLIO FOR US CONGRESS * Scheduled value changed per 04/11/15 amendment; Original value was "unknown" ** See asset #32 - Global settlement with debtor | 0.00 | 0.00 | | 0.00 | FA |
| 19 | EXPIRED TEACHERS CERTIFICATE | 1.00 | 0.00 | | 0.00 | FA |
| 20 | CARGO TRAILER IN FIELD. PICTURES AVAILABLE See asset #32 - Global settlement with debtor | 1,500.00 | 0.00 | | 0.00 | FA |
| 21 | 1996 4 DOOR CHEVY LEASE VEHICLE Asset removed per 04/11/15 amendment | 0.00 | 0.00 | | 0.00 | FA |
| 22 | OFFICE EQUIPMENT - SEE PERSONAL PROPERTY ITEM 4 Asset removed per 03/19/15 amendment | 0.00 | 0.00 | | 0.00 | FA |
| 23 | BROKEN PORTABLE GENERATOR, AIR COMPRESSOR WATER See asset #32 - Global settlement with debtor | 1,500.00 | 0.00 | | 0.00 | FA |
| 24 | FORD YARD TRACTOR TO CLEAR SNOW | 1,800.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 15-42543-TJT | **Trustee:** (420360) STUART A. GOLD |
| **Case Name:** BENTIVOLIO, KERRY L | **Filed (f) or Converted (c):** 02/23/15 (f) |
| | **§341(a) Meeting Date:** 03/19/15 |
| **Period Ending:** 10/11/17 | **Claims Bar Date:** 06/08/15 |

| | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | See asset #32 - Global settlement with debtor | | | | | |
| 25 | VA DISABILITY PAYMENTS<br>   Asset removed per 04/11/15 amendment | 0.00 | 0.00 | | 0.00 | FA |
| 26 | VA PENSION BENEFITS EXEMPT UNDER MCL<br>600.5451  (u)<br>   Added per 03/19/15 amendment | 1,448.00 | 0.00 | | 0.00 | FA |
| 27 | SETTLEMENT FROM BENTIVOLIO FOR<br>CONGRESS PAID 20,  (u)<br>   * Added per 04/11/15 amendment<br>** See asset #32 - Global settlement with debtor | 0.00 | 0.00 | | 0.00 | FA |
| 28 | 2006 CHEVY MALIBU TRADED IN POST FILING<br>FOR 500  (u)<br>   Added per 04/11/15 amendment | 500.00 | 0.00 | | 0.00 | FA |
| 29 | CHICKEN FEED ... CURRENTLY NO CHICKENS  (u)<br>   Added per 04/11/15 amendment | 50.00 | 0.00 | | 0.00 | FA |
| 30 | BEE HIVES.. POSSIBLY SOME LIVE BEES...MOST<br>LOST  (u)<br>   Added per 04/11/15 amendment | 900.00 | 0.00 | | 0.00 | FA |
| 31 | MILITARY RETIREMENT PAY AS SGT FIRST<br>CLASS  (u)<br>   Added per 04/11/15 amendment | 1,143.00 | 0.00 | | 0.00 | FA |
| 32 | GLOBAL SETTLEMENT WITH DEBTOR | 22,500.00 | 22,500.00 | | 22,500.00 | FA |
| 33 | CONGRESSIONAL FEDERAL CU PREFERENCE<br>(u) | 11,000.00 | 11,000.00 | | 11,000.00 | FA |
| **33** | **Assets    Totals** (Excluding unknown values) | **$424,217.00** | **$33,500.00** | | **$33,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

   07.2017 -- RECEIVED FINAL PAYMENTS; READY FOR TFR

   03.2017 -- CONTINUE TO MONITOR STRUCTURED SETTLEMENT PAYMENTS (PAYMENTS CURRENT)

   07.2016 -- MOTION TO ALLOW INTERIM DISTRIBUTION FILED

   06.2016 -- ORDER ENTERED DISALLOWING CLAIM #4

   03.2016 -- MONITOR STRUCTURED SETTLEMENT PAYMENTS (PAYMENTS CURRENT)

   09.2015 -- SETTLEMENT MOTION FILED RE: PREFERENCE ACTION

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| Case Number: 15-42543-TJT | Trustee: | (420360) STUART A. GOLD |
| Case Name: BENTIVOLIO, KERRY L | Filed (f) or Converted (c): | 02/23/15 (f) |
| | §341(a) Meeting Date: | 03/19/15 |
| Period Ending: 10/11/17 | Claims Bar Date: | 06/08/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)  Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

08.2015 -- MONITOR COLLECTION OF STRUCTERED SETTLEMENT PAYMENTS

06.2015 -- SETTLEMENT MOTION FILED

05.2015 -- INVESTIGATING DEBTOR'S FINANCIAL AFFAIRS; PURSUE NON-EXEMPT EQUITY IN PERSONAL PROPERTY

Initial Projected Date Of Final Report (TFR):     March 1, 2017          Current Projected Date Of Final Report (TFR):     July 18, 2017  (Actual)


_____          /s/ STUART A. GOLD
October 11, 2017                         _____

Date                                     STUART A. GOLD

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 15-42543-TJT | |
| **Case Name:** | BENTIVOLIO, KERRY L | |
| | | |
| **Taxpayer ID #:** | **-***0060 | |
| **Period Ending:** | 10/11/17 | |

| | |
|---|---|
| **Trustee:** | STUART A. GOLD (420360) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******9166 - Checking Account |
| **Blanket Bond:** | $2,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/04/15 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #0; SETTLEMENT P /O 07/20/15 | 1149-000 | 12,500.00 | | 12,500.00 |
| 09/28/15 | | KERRY BENTIVOLIO | Acct #1; Payment #1, 2; SETTLEMENT P /O 07/20/15 | | 500.00 | | 13,000.00 |
| | {32} | | Acct #1; Payment #1;         250.00<br>SETTLEMENT P /O<br>07/20/15 | 1149-000  M | | | 13,000.00 |
| | {32} | | Acct #1; Payment #2;         250.00<br>SETTLEMENT P /O<br>07/20/15 | 1149-000  M | | | 13,000.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.20 | 12,986.80 |
| 10/06/15 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #3; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 13,236.80 |
| 10/20/15 | {33} | CONGRESSIONAL FEDERAL CREDIT UNION | SETTLEMENT P/O 10/14/15 | 1241-000 | 11,000.00 | | 24,236.80 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.70 | 24,213.10 |
| 11/13/15 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #4; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 24,463.10 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.80 | 24,429.30 |
| 12/04/15 | 101 | GOLD, LANGE & MAJOROS, P.C. | ATTORNEY FOR TRUSTEE FEES ($12,650.00) AND EXPENSES ($84.99) P/O 12/04/15 | | | 12,734.99 | 11,694.31 |
| | | | ATTORNEY FOR         12,650.00<br>TRUSTEE FEES P/O<br>12/04/15 | 3110-000  M | | | 11,694.31 |
| | | | ATTORNEY FOR         84.99<br>TRUSTEE EXPENSES<br>P/O 12/04/15 | 3120-000  M | | | 11,694.31 |
| 12/08/15 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #5; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 11,944.31 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.26 | 11,920.05 |
| 01/11/16 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #6; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 12,170.05 |
| 01/11/16 | 102 | INSURANCE PARTNERS AGENCY, INC. | BLANKET BOND | 2300-000 | | 21.23 | 12,148.82 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.72 | 12,132.10 |
| 02/15/16 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #7; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 12,382.10 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.95 | 12,365.15 |

| | | | Subtotals : | $25,250.00 | $12,884.85 |
|---|---|---|---|---|---|

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-42543-TJT | **Trustee:** STUART A. GOLD (420360) |
| **Case Name:** BENTIVOLIO, KERRY L | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******9166 - Checking Account |
| **Taxpayer ID #:** **-***0060 | **Blanket Bond:** $2,000,000.00 (per case limit) |
| **Period Ending:** 10/11/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/16 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #8; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 12,615.15 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.76 | 12,595.39 |
| 04/29/16 | | KERRY BENTIVOLIO | Acct #1; Payment #10, 9; SETTLEMENT P /O 07/20/15 | | 500.00 | | 13,095.39 |
| | {32} | | Acct #1; Payment #10;    250.00 SETTLEMENT P /O 07/20/15 | 1149-000 | M | | 13,095.39 |
| | {32} | | Acct #1; Payment #9;    250.00 SETTLEMENT P /O 07/20/15 | 1149-000 | M | | 13,095.39 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.46 | 13,077.93 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.13 | 13,059.80 |
| 06/13/16 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #11; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 13,309.80 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.81 | 13,288.99 |
| 07/07/16 | 103 | SHIFMAN & CARLSON | INTERIM DISTRIBUTION OF ALLOWED CLAIM 1 P/O 07/06/16; DIVIDEND PAID OF 5.53% ON ALLOWED CLAIM OF $6,165.08; REFERENCE # 9203 | 7100-000 | | 341.42 | 12,947.57 |
| 07/07/16 | 104 | DICKINSON WRIGHT PLLC | INTERIM DISTRIBUTION OF ALLOWED CLAIM 2 P/O 07/06/16; DIVIDEND PAID OF 5.53% ON ALLOWED CLAIM OF $43,410.86 | 7100-000 | | 2,404.02 | 10,543.55 |
| 07/07/16 | 105 | SOMMERS SCHWARTZ, P.C. | INTERIM DISTRIBUTION OF ALLOWED CLAIM 5 P/O 07/06/16; DIVIDEND PAID OF 5.53% ON ALLOWED CLAIM OF $120,000.00; REFERENCE # DINDOFFER | 7100-000 | | 6,645.40 | 3,898.15 |
| 07/07/16 | 106 | (WRIGHT PATMAN) CONGRESSIONAL FEDERAL CREDIT UNION | INTERIM DISTRIBUTION OF ALLOWED CLAIM 6 P/O 07/06/16; DIVIDEND PAID OF 5.53% ON ALLOWED CLAIM OF $11,000.00 | 7100-000 | | 609.16 | 3,288.99 |
| 07/11/16 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #12; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 3,538.99 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.83 | 3,525.16 |
| 08/08/16 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #13; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 3,775.16 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,765.16 |
| 09/09/16 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #14; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 4,015.16 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,005.16 |

| | | Subtotals : | $1,750.00 | $10,109.99 | |
|---|---|---|---|---|---|

15-42543-tjt    Doc 93    Filed 10/23/17    Entered 10/23/17 12:41:03    Page 11 of 13

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-42543-TJT      **Trustee:** STUART A. GOLD (420360)

**Case Name:** BENTIVOLIO, KERRY L      **Bank Name:** Rabobank, N.A.

     **Account:** ******9166 - Checking Account

**Taxpayer ID #:** **-***0060      **Blanket Bond:** $2,000,000.00 (per case limit)

**Period Ending:** 10/11/17      **Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/11/16 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #15; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 4,255.16 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,245.16 |
| 11/14/16 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #16; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 4,495.16 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,485.16 |
| 12/08/16 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #17; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 4,735.16 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,725.16 |
| 01/16/17 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #18; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 4,975.16 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,965.16 |
| 02/10/17 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #19; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 5,215.16 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,205.16 |
| 03/07/17 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #20; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 5,455.16 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,445.16 |
| 04/13/17 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #21; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 5,695.16 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,685.16 |
| 05/17/17 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #22; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 5,935.16 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,925.16 |
| 06/14/17 | {32} | KERRY BENTIVOLIO | Acct #1; Payment #23; SETTLEMENT P /O 07/20/15 | 1149-000 | 250.00 | | 6,175.16 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,165.16 |
| 07/11/17 | | KERRY BENTIVOLIO | Acct #1; Payment #24, 25; SETTLEMENT P /O 07/20/15 | | 4,250.00 | | 10,415.16 |
| | {32} | | Acct #1; Payment #24;     250.00<br>SETTLEMENT P /O 07/20/15 | 1149-000 | M | | 10,415.16 |
| | {32} | | Acct #1; Payment #25;     4,000.00<br>SETTLEMENT P /O 07/20/15 | 1149-000 | M | | 10,415.16 |
| 08/16/17 | 107 | STUART A. GOLD | Dividend paid 100.00% on $4,100.00, Trustee Compensation; Reference: | 2100-000 | | 4,100.00 | 6,315.16 |
| 08/16/17 | 108 | STUART A. GOLD | Dividend paid 100.00% on $50.00, Trustee | 2200-000 | | 50.00 | 6,265.16 |

Subtotals :     $6,500.00     $4,240.00

15-42543-tjt    Doc 93    Filed 10/23/17    Entered 10/23/17 12:41:03    Page 12 of 13

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 15-42543-TJT | | **Trustee:** | STUART A. GOLD (420360) | | |
| **Case Name:** | BENTIVOLIO, KERRY L | | **Bank Name:** | Rabobank, N.A. | | |
| | | | **Account:** | ******9166 - Checking Account | | |
| **Taxpayer ID #:** | **-***0060 | | **Blanket Bond:** | $2,000,000.00  (per case limit) | | |
| **Period Ending:** | 10/11/17 | | **Separate Bond:** | N/A | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Expenses;  Reference: | | | |
| 08/16/17 | 109 | U.S. BANKRUPTCY COURT | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 350.00 | 5,915.16 |
| 08/16/17 | 110 | SHIFMAN & CARLSON | FINAL DISTRIBUTION OF ALLOWED CLAIM #1;  DIVIDEND PAID OF  8.81% ON ALLOWED CLAIM OF $6,165.08; REFERENCE # 9203 | 7100-000 | | 201.94 | 5,713.22 |
| 08/16/17 | 111 | DICKINSON WRIGHT PLLC | FINAL DISTRIBUTION OF ALLOWED CLAIM #2;  DIVIDEND PAID OF  8.81% ON ALLOWED CLAIM OF $43,410.86; REFERENCE # | 7100-000 | | 1,422.02 | 4,291.20 |
| 08/16/17 | 112 | SOMMERS SCHWARTZ, P.C. | FINAL DISTRIBUTION OF ALLOWED CLAIM #5;  DIVIDEND PAID OF  8.81% ON ALLOWED CLAIM OF $120,000.00; REFERENCE # DINDOFFER | 7100-000 | | 3,930.87 | 360.33 |
| 08/16/17 | 113 | (WRIGHT PATMAN) CONGRESSIONAL FEDERAL CREDIT UNION | FINAL DISTRIBUTION OF ALLOWED CLAIM #6;  DIVIDEND PAID OF  8.81% ON ALLOWED CLAIM OF $11,000.00; REFERENCE # | 7100-000 | | 360.33 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **33,500.00** | **33,500.00** | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **33,500.00** | **33,500.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$33,500.00** | **$33,500.00** | |

| | | |
|---|---|---|
| Net Receipts : | 33,500.00 | |
| Net Estate : | $33,500.00 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******9166** | **33,500.00** | **33,500.00** | **0.00** |
| | **$33,500.00** | **$33,500.00** | **$0.00** |